## INDUSTRIAL COMMISSION v GLICK

Ohio Appeals, 1st Dist, Hamilton Co

Decided Nov 13, 1934

John W. Bricker, Attorney General, Columbus, and R. R. Zurmehly, Lima, and Raymond J. Kunkle, Cincinnati, for plaintiff in error.

Phineas Phillips, Cincinnati, and F. E. Burnett, Cincinnati, for defendant in error.

For full opinion see 3 OO 285; 49 Oh Ap 415.